Joseph B. Ollinger (SBN: 285641)
Law Office of Joseph B. Ollinger PC
3348 Griffith Park Blvd. #22
Los Angeles, California 90027
Telephone: (310) 424-0097
Email: josephollinger@gmail.com
Attorneys for all Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSON GREEN, an individual; MICHAEL JONES, an individual; LAWRENCE KIM, an individual; EDUARD KOGAN, an individual; DAISY LEE, an individual; BOBOLA OYELEKE, an individual; JOSEPH ROWE, an individual; and VELI YASIN an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GREYSTAR CALIFORNIA, INC., a Delaware limited liability company; REALPAGE, INC., a Delaware corporation; and DOES 1-20 inclusive,<br><br>Defendants. | Case No.: 2:20-cv-05728-AB-(JCx)<br><br>**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT GREYSTAR CALIFORNIA, INC.** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that all Plaintiffs ALYSON GREEN, MICHAEL JONES, LAWRENCE KIM, EDUARD KOGAN, DAISY LEE, BOBOLA OYELEKE, JOSEPH ROWE, and VELI YASIN, and, Defendant Greystar California,

Inc. ("Greystar" individually, and Plaintiffs and Defendant collectively as the "Parties"), by and through their counsel of record, have reached a settlement to resolve the outstanding claims against Greystar in this case.

The Parties anticipate that the performance of the terms of the settlement agreement will be completed within ninety (90) days of the date of this notice, at or before which time the Parties shall file a Stipulation for Dismissal, with prejudice, of the claims asserted against Greystar.

LAW OFFICE OF JOSEPH B. OLLINGER PC

Dated: November 12th, 2020    By:   /S/ JOE OLLINGER
                                    Joe Ollinger, attorney for Plaintiffs

GORDON REES SCULLY MANSUKHANI, LLP

Dated: November 12, 2020     By:   /s/ John P. Cogger
                                    Craig J. Mariam
                                    John P. Cogger
                                    Attorneys for Defendant
                                    Greystar California, Inc.

Pursuant to LR 5-4.3.4, the filer certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.