JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSON GREEN, et al., | Case No. CV 20-05728 AB (JCx) |
| Plaintiffs, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| GREYSTAR CALIFORNIA, INC., a Delaware Limited Liability Company, et al., | |
| Defendants. | |

THE COURT has been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **90 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 23, 2020

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.